UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Randy S. Lang and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Town & Country Credit,<br><br>Defendant. | ) | Court File No. OO-CV-243 MJD/JGL<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate, through their undersigned counsel, that Defendant may have until March 24, 2000 to answer, move or otherwise respond to the Complaint.

Dated: February 23, 2000

ZIMMERMAN REED, P.L.L.P.

By ____________________
Barry G. Reed (#90056)
Hart L. Robinovitch (#240515)
Suite 100
901 North Third Street
Minneapolis, MN 55401
Telephone: (612) 341-0400

MAR 02 2000
FILED________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Lang v. Town & Country Credit - 00cv243(MJD/JGL)

Dated: February 21, 2000

DORSEY & WHITNEY LLP

By James K. Langdon II

James K. Langdon II (#171931)
Marianne D. Short (#100596)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY CREDIT

SO ORDERED.

2 · 29, 2000

Michael J. Davis

The Honorable Michael J. Davis
United States District Judge