UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Randy S. Lang and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Town & Country Credit,<br><br>Defendant. | Court File No. OO-CV-243 MJD/JGL<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION** |

The parties remain engaged in good faith discussions in an effort to resolve this action and are making substantial progress. In order to further that process, the parties hereby stipulate, through their undersigned counsel, that Defendant may have a further extension until May 31, 2000 to answer, move or otherwise respond to the Complaint.

Dated: April 27, 2000

ZIMMERMAN REED, P.L.L.P.

By ______________________
Barry G. Reed (#90056)
Hart L. Robinovitch (#240515)
Suite 100
901 North Third Street
Minneapolis, MN 55401
Telephone: (612) 341-0400

ATTORNEYS FOR PLAINTIFF
RANDY LANG

FILED MAY 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: April 24, 2000

DORSEY & WHITNEY LLP

By [signature]
James K. Langdon II (#171931)
Marianne D. Short (#100596)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
TOWN & COUNTRY CREDIT

SO ORDERED.

5-10, 2000

[signature]
The Honorable Michael J. Davis
United States District Judge